UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE T. AYERS, III,

                        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                        Defendant.

Case No. 10-5777 RJB-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate

Judge Karen L. Strombom [ECF 20] recommending that this case be remanded, based on the

stipulation of the parties [ECF 19].  It is therefore ORDERED

    (1)  The Court ADOPTS the Report and Recommendation;

    (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

    (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

    DATED this 23rd day of June, 2011.


ROBERT J. BRYAN
United States District Judge


ORDER ADOPTING REPORT AND RECOMMENDATION - 1